# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: JOHNSON, RICHARD G.                              § Case No. 07-71289-MB
                                                        §
                                                        §
Debtor(s)                                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/05/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/09/2014           By:   /s/BERNARD J. NATALE
                                                                     Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: JOHNSON, RICHARD G.     § Case No. 07-71289-MB
                               §
                               §
Debtor(s)                      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $     13,493.72

*and approved disbursements of*               $      2,370.05

*leaving a balance on hand of* [1]            $     11,123.67

**Balance on hand:**                          $     11,123.67

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Horizon Credit Union | 17,252.17 | 17,252.17 | 0.00 | 0.00 |
| 8 | World Financial Network National Bank | 3,572.53 | 3,572.53 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $         0.00
Remaining balance:                      $    11,123.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE, LTD. | 1,864.37 | 0.00 | 1,864.37 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 7,990.63 | 0.00 | 7,990.63 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 41.67 | 0.00 | 41.67 |

Total to be paid for chapter 7 administration expenses:  $     9,896.67
Remaining balance:                                       $     1,227.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,227.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,877.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department of Revenue | 5,877.00 | 0.00 | 1,227.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,227.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,627.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery One | 548.68 | 0.00 | 0.00 |
| 2A | Illinois Department of Revenue | 619.00 | 0.00 | 0.00 |
| 4 | Chase Bank USA, NA | 2,505.53 | 0.00 | 0.00 |
| 5 | Marengo Disposal Co | 89.72 | 0.00 | 0.00 |
| 6 | Chase Bank USA, NA | 32,404.42 | 0.00 | 0.00 |
| 7 | Village in the Park | 5,460.31 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 15,881.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | American InfoSource LP | 15,881.72 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:                                    $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:                        $       0.00

Prepared By:   /s/BERNARD J. NATALE
                    Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 07-71289-TML
Richard G. Johnson                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke              Page 1 of 2                 Date Rcvd: Apr 11, 2014
                              Form ID: pdf006            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2014.
db         +Richard G. Johnson,    2080 Hassell Rd,    Hoffman Estates, IL 60169-6343
11392741   +Alexian Brothers Medical Center,    1555 Barrington Road,    Hoffman Estates, IL 60169-1020
11392743    Bank Of America,    PO Box 15726,   Wilminton, DE 19886-5726
11571033    Bank of America,    P O Box 15726,   Wilminton, DE 198861
14361483    CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE 19850-5145
11571034   +Cardiovascular Associates,    Dept 20 1027,    P O Box 5940,   Carol Stream, IL 60197-5940
11571035   +Center For Counselling,    P O Box 68338,    Schaumburg, IL 60168-0338
11506652    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
11392744    Chase Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
11392745   +City Of Harvard,    PO Box 310,   Harvard, IL 60033-0310
11392746   +Elk Grove Open MRI,    PO Box 5940,   Dept. 20-1013,    Carol Stream, IL 60197-5940
11392749    Illinois Department Of Revenue,    Springfield, IL 62719-0001
11480633    Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,   Chicago, IL 60664-0338
11392739   +Johnson Richard G,    908 Joanne Lane,    Harvard, IL 60033-7830
11392751   +MEA-AEA LLC,   P.O. Box 366,    Hinsdale, IL 60522-0366
11392750   +McHenry County Treasurer,    667 Ware Road, Room 100,    Woodstock, IL 60098-8303
11392753    Mrengo Disposal Co.,    PO Box 673043,    Milwaukee, WI 53267-3043
11392755   +Perfect Mortgage,    Suite 350,   29200 Northwestern Highway,    Southfield, MI 48034-1075
11571038   +Radiological Consultants of Woodstock,     36311 Treasury Center,   Chicago, IL 60694-6300
11571039   +St Alexius Medical Center,    1555 Barrington Rd,    Hoffman Estates, IL 60169-1099
11571040   +Stevens & Shapiro,    3010 Briarpark #550,    Houston, TX 77042-3766
11392740   +The Law Offices Of Bradley H Foreman,     6914 West North Avenue,   Chicago, IL 60707-4413
11571041   +U Store It,   1089 East Avenue,    Streamwood, IL 60107-2218
11571042   +Van Ru Credit Corp,    10024 Skokie Blvd,    Suite 2,   Skokie, IL 60077-9944
11571043   +Village In The Park Aptartments,    1417 Valley Lake Drive,    Schaumburg, IL 60195-3610
11614212    Village in the Park,    c/o 3111 W Martin Luther King Blvd FL 2,    Tampa, FL 33607
11392757   +World Financial Network,    PO Box 2942,    Shawnee Mission, KS 66201-1342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13072668   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2014 00:43:52
             AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11392742   +E-mail/Text: g17768@att.com Apr 12 2014 00:38:41     AT&T,   PO Box 8100,   Aurora, IL 60507-8100
11392747   +E-mail/Text: bankruptcy@landmarkcu.com Apr 12 2014 00:41:00     Horizon Credit Union,
             1931 Grove Ave.,   Racine, WI 53405-3899
11392748    E-mail/Text: HWIBankruptcy@hunterwarfield.com Apr 12 2014 00:39:49     Hunter Warfield,
             3111 W. Dr. Martin Luther King Blvd.,    Suite 200,   Tampa, FL 33607
11392754   +E-mail/Text: bankrup@aglresources.com Apr 12 2014 00:38:27     Nicor Gas,   PO Box 416,
             Aurora, IL 60568-0001
12389469    E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2014 00:43:49
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
11464440   +E-mail/PDF: rmscedi@recoverycorp.com Apr 12 2014 00:42:23
             Recovery Management Systems Corporation,    For GE Money Bank,   dba SAM'S CLUB,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11392756    E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2014 00:42:14     Sam's Club,   PO Box 530942,
             Atlanta, GA 30353-0942
11657623    E-mail/Text: bncmail@w-legal.com Apr 12 2014 00:39:53     World Financial Network National Bank,
             c/o Weinstein & Riley, P.S.,,   PO Box 3978,    Seattle, WA 98124-3978
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14361511*     CHASE BANK USA, NA,   PO BOX 15145,    WILMINGTON, DE 19850-5145
11571036*    +McHenry County Treasurer,   667 Ware Road Room 100,    Woodstock, IL 60098-8303
11571032    ##+American Family Insurance,   120 W Golf Rd,    Suite 100,   Schaumburg, IL 60195-3618
11392752    ##+Medical Center Anesthesia,   185 Penny Ave.,    East Dundee, IL 60118-1455
11571037    ##+Percival Bigol MD Ltd,   1020 West Golf Rd,    Hoffman Estates, IL 60169-1340
                                                                                  TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: jclarke              Page 2 of 2           Date Rcvd: Apr 11, 2014
                              Form ID: pdf006            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2014                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2014 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Bradley H Foreman    on behalf of Debtor Richard G. Johnson Brad@BradleyForeman.com
              George P Hampilos    on behalf of Creditor   Perfect Mortgage georgehamp@aol.com,
               kris@hampilos-langley.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                         TOTAL: 5
```