**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: JOHNSON, RICHARD G. | § | Case No. 07-71289-MB |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $203,650.00                     Assets Exempt: $20,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,227.00        Claims Discharged
                                                  Without Payment: $64,784.29

Total Expenses of Administration: $9,916.72

---

    3) Total gross receipts of $ 13,493.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,350.00 (see **Exhibit 2**), yielded net receipts of $11,143.72 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $192,450.43 | $20,824.70 | $20,824.70 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,782.34 | 9,916.72 | 9,916.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,877.00 | 5,877.00 | 1,227.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,172.18 | 57,509.38 | 57,509.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $251,622.61 | $100,993.42 | $94,127.80 | $11,143.72 |

    4) This case was originally filed under Chapter 7 on May 29, 2007. The case was pending for 85 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/01/2014          By: /s/BERNARD J. NATALE
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Right to Receive Portion of Wife's W/C Settlemen | 1149-000 | 13,493.72 |
| **TOTAL GROSS RECEIPTS** | | **$13,493.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Richard G. Johnson | Debtor's Exemption | 8100-002 | 2,350.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,350.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Horizon Credit Union | 4210-000 | 18,350.43 | 17,252.17 | 17,252.17 | 0.00 |
| 8 | World Financial Network National Bank | 4110-000 | 3,100.00 | 3,572.53 | 3,572.53 | 0.00 |
| NOTFILED | Perfect Mortgage | 4110-000 | 171,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$192,450.43** | **$20,824.70** | **$20,824.70** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 14,856.25 | 7,990.63 | 7,990.63 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 41.67 | 41.67 | 41.67 |
| BERNARD J. NATALE, LTD. | 2100-000 | N/A | 1,864.37 | 1,864.37 | 1,864.37 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 20.05 | 20.05 | 20.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,782.34 | $9,916.72 | $9,916.72 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Illinois Department of Revenue | 5800-000 | N/A | 5,877.00 | 5,877.00 | 1,227.00 |
| NOTFILED | Cardiovascular Associates | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Medical Center Anesthesia | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Family Insurance | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Stevens & Shapiro | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Open MRI | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Center For Counselling | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City Of Harvard | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MEA-AEA LLC | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Center | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Van Ru Credit Corp | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | U Store It | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Radiological Consultants Of Woodstock | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Center | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Treasurer | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Percival Bigol. MD, Ltd. | 5200-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | $0.00 | $5,877.00 | $5,877.00 | $1,227.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery One | 7100-000 | N/A | 548.68 | 548.68 | 0.00 |
| 2A | Illinois Department of Revenue | 7100-000 | N/A | 619.00 | 619.00 | 0.00 |
| 4 | Chase Bank USA, NA | 7100-000 | N/A | 2,505.53 | 2,505.53 | 0.00 |
| 5 | Marengo Disposal Co | 7100-000 | 24.72 | 89.72 | 89.72 | 0.00 |
| 6 | Chase Bank USA, NA | 7100-000 | 30,778.69 | 32,404.42 | 32,404.42 | 0.00 |
| 7 | Village in the Park | 7100-000 | 5,460.31 | 5,460.31 | 5,460.31 | 0.00 |
| 9 | American InfoSource LP | 7200-000 | 15,633.55 | 15,881.72 | 15,881.72 | 0.00 |
| NOTFILED | McHenry County Treasurer | 7100-000 | 2,549.27 | N/A | N/A | 0.00 |
| NOTFILED | Van Ru Credit Corp | 7100-000 | 200.78 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 401.64 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club | 7100-000 | 431.24 | N/A | N/A | 0.00 |
| NOTFILED | Percival Bigol. MD, Ltd. | 7100-000 | 65.60 | N/A | N/A | 0.00 |
| NOTFILED | St. Alexius Medical Center | 7100-000 | 120.98 | N/A | N/A | 0.00 |
| NOTFILED | Stevens & Shapiro | 7100-000 | 441.47 | N/A | N/A | 0.00 |
| NOTFILED | U Store It | 7100-000 | 740.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiological Consultants Of Woodstock | 7100-000 | 22.90 | N/A | N/A | 0.00 |
| NOTFILED | City Of Harvard | 7100-000 | 237.45 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Center | 7100-000 | 391.53 | N/A | N/A | 0.00 |
| NOTFILED | Medical Center Anesthesia | 7100-000 | 119.00 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Center | 7100-000 | 391.53 | N/A | N/A | 0.00 |
| NOTFILED | Center For Counselling | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | MEA-AEA LLC | 7100-000 | 81.20 | N/A | N/A | 0.00 |
| NOTFILED | Elk Grove Open MRI | 7100-000 | 70.70 | N/A | N/A | 0.00 |
| NOTFILED | Cardiovascular Associates | 7100-000 | 171.90 | N/A | N/A | 0.00 |
| NOTFILED | American Family Insurance | 7100-000 | 581.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 236.72 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $59,172.18 | $57,509.38 | $57,509.38 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-71289-MB  
**Case Name:** JOHNSON, RICHARD G.  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 05/29/07 (f)  
**§341(a) Meeting Date:** 06/28/07  

**Period Ending:** 07/01/14  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Checking Acct | 50.00 | 0.00 | | 0.00 | FA |
| 3 | 1 bedroom set | 500.00 | 0.00 | | 0.00 | FA |
| 4 | HP computer, 26" flate screen TV, 2 13" TV's, et | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Stock of Brighton Painting & Decorating Inc | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Workman's Comp Claim vs U S Box & Paper | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2006 Ford Fusion w/42,000 miles | 14,000.00 | 0.00 | | 0.00 | FA |
| 8 | Right to Receive Portion of Wife's W/C Settlemen<br>TRUSTEE FILED OBJECTION TO ORIGINAL EXEMPTION.  DEBTOR FILED AMENDED SCHEDULE C. | 10,000.00 | 7,650.00 | | 13,493.72 | FA |
| 9 | ComEd Deposit | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Single Family Home at 908 Joanne Lane | 185,000.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$213,650.00** | **$7,650.00** | | **$13,493.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED 02/27/14.  TRUSTEE WAITING FOR UST TO CONSIDER REPORT.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014    **Current Projected Date Of Final Report (TFR):** February 27, 2014  (Actual)

Printed: 07/01/2014 02:30 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-71289-MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | JOHNSON, RICHARD G. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ********66 - Checking Account |
| Taxpayer ID #: | **-***2362 | | Blanket Bond: | $472,000.00 (per case limit) |
| Period Ending: | 07/01/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/30/13 | {8} | Law Office of Lee A. Campbell, P.C. | Debtor's pro-rata share of ex-spouse's settlement | 1149-000 | 13,493.72 | | 13,493.72 |
| 01/07/14 | 101 | Richard G. Johnson | Debtor's Exemption | 8100-002 | | 2,350.00 | 11,143.72 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.05 | 11,123.67 |
| 05/07/14 | 101 | BERNARD J. NATALE, LTD. | Dividend paid 100.00% on $1,864.37, Trustee Compensation; Reference: | 2100-000 | | 1,864.37 | 9,259.30 |
| 05/07/14 | 102 | Illinois Department of Revenue | Distribution paid 20.87% on $5,877.00; Claim# 2; Filed: $5,877.00; Reference: 1207 (YR 2006) | 5800-000 | | 1,227.00 | 8,032.30 |
| 05/07/14 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,FEES | | | 8,032.30 | 0.00 |
| | | | Dividend paid 100.00%   7,990.63 on $7,990.63;  Claim# ATTY; Filed: $14,856.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   41.67 on $41.67;  Claim# FEES; Filed: $41.67 | 3120-000 | | | 0.00 |

| | | ACCOUNT TOTALS | 13,493.72 | 13,493.72 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | **Subtotal** | 13,493.72 | 13,493.72 | |
| | | Less: Payments to Debtors | | 2,350.00 | |
| | | **NET Receipts / Disbursements** | **$13,493.72** | **$11,143.72** | |

| Net Receipts : | 13,493.72 |
|---|---|
| Less Payments to Debtor : | 2,350.00 |
| Net Estate : | $11,143.72 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********66** | 13,493.72 | 11,143.72 | 0.00 |
| | $13,493.72 | $11,143.72 | $0.00 |

{} Asset reference(s)

Printed: 07/01/2014 02:30 PM    V.13.15